**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ALWAND VAHAN JEWELRY, LTD.,

                  Plaintiff,

    -against-                                        21 **CIVIL** 1959 (PAE)

                                                      <u>**JUDGMENT**</u>

LUSTOUR, INC, D/B/A PIYARO and DOES 1-10,

                  Defendants.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated August 13, 2021, the Court grants Lustour's motion

to dismiss. The dismissal is without prejudice. motion to dismiss is granted; accordingly, this case

is closed.

**Dated:**  New York, New York

      August 13, 2021

                                             **RUBY J. KRAJICK**

                                  _____
                                         Clerk of Court

                **BY:**

                                           Deputy Clerk